IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-153-F

| | |
|---|---|
| RACHEL SAHOO and GOURAB SAHOO, ) ) Plaintiffs, ) ) vs. ) ) JAMIE GLEATON and KITTY HART, in ) their individual and official capacities, ) ) Defendants. ) ) | **ORDER** |

Before the court is Plaintiffs' unopposed[1] motion to seal [DE 35] Exhibit B to their response [DE 33] to Defendants' motion to strike [DE 30] pursuant to Rule 5.2 of the Federal Rules of Civil Procedure. [DE 35]. In support of their motion, Plaintiffs advise Exhibit B contains the names of Plaintiffs' minor children.

For good cause shown, Plaintiffs' motion [DE 35] is ALLOWED and Exhibit B [DE 33-2] shall be filed under seal.

SO ORDERED.

This the 26th day of January, 2017.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

---

[1] *See* Defs.' Mem. [DE 37] (stating the instant motion "is necessary to preserve the confidentiality given to non-party minors").