IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-153-BO

| | | |
|---|---|---|
| RACHEL SAHOO and GOURAB SAHOO, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JAMIE GLEATON, in her individual and official | ) | |
| capacities, and KITTY HART, in her individual | ) | |
| and official capacities, | ) | |
| Defendants. | ) | |

This matter is before the Court on the joint motion of the parties pursuant to Rule 101.1a(e) of the Local Alternative Dispute Rules of Practice and Procedure for the Eastern District of North Carolina to exempt the matter from mediation. The Court, in its discretion, finds that good cause exists for granting the motion.

Therefore, the joint motion [DE 44] is GRANTED and the matter is hereby exempted from mediation.

SO ORDERED, this **7** day of August, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE